United States District Court
Southern District of Texas
**ENTERED**
November 30, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IMICUK LOYUK, § § § *Plaintiff,* § § v. § Civ. A. No. 4:21-cv-269 § SER JOBS FOR PROGRESS OF THE § TEXAS GULF COAST, INC., § § *Defendant.* § | |

## ORDER

In accordance with the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff Imicuk Loyuk and Defendant SER Jobs for Progress of the Texas Gulf Coast, Inc., it is hereby ORDERED that this action be DISMISSED WITH PREJUDICE. Each party shall bear her/his/its own respective costs and attorneys' fees incurred as a result of this action.

IT IS SO ORDERED.

SIGNED this the _____ day of NOV 3 0 2021_____, 2021, at Houston, Texas.

_____
THE HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE

4863-0052-1731.1